IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JENNIFER NIX,

        Appellant,

v.                                                                              Case No.  5D17-2995

FEDERAL NATIONAL MORTGAGE
ASSOCIATION and CHRISTOPHER NIX,

        Appellees.

_____/

Opinion filed October 5, 2018

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Sr., Judge.

Richard J. Mockler, of Stay In My
Home, P.A., St. Petersburg, for
Appellant.

Michael W. Smith and Shaib Y.
Rios, of Brock & Scott, PLLC, Ft.
Lauderdale, for Appellee, Federal
National Mortgage Association.

No Appearance for other Appellee.

PER CURIAM.

      Jennifer Nix appeals from the final judgment of foreclosure entered after trial,

arguing that the evidence presented was insufficient to prove the mailing of the default

letter as required under Paragraph 22 of the mortgage. Federal National Mortgage

Association concedes error. Accordingly, we reverse and remand for entry of an order

of involuntary dismissal. E.g., <u>Madl v. Wells Fargo Bank, N.A.</u>, 244 So. 3d 1134, 1137 (Fla. 5th DCA 2017).

REVERSED and REMANDED.

COHEN, C.J., ORFINGER and LAMBERT, JJ., concur.